HUGH A. McLEOD v. MARTHA BURKHALTER ET AL.

TAX SALE.   *Collector cannot purchase.*

   A tax collector cannot purchase at his own sale.

APPEAL from the Chancery Court of Covington County.
Hon. T. B. GRAHAM, Chancellor.

The appellant filed this bill against the appellees to confirm his tax title ; and their demurrer was sustained on the ground that he sold the land as tax collector and purchased at the sale.

*B. Taylor*, for the appellant.

No statute of this State prohibits a tax collector from bidding at his own sale, nor does his so purchasing contravene public policy.   If he sold the land for too little, or exacted too much from the tax payer, such fraud may be proved.

*Edward A. Gibson,* for the appellees.

A tax collector cannot purchase directly or indirectly at his official sale. *Chandler* v. *Moulton,* 33 Vt. 245. He cannot occupy a position where his private interest draws him in one direction and his duty in another. Blackwell on Tax Titles, 400.

George, C. J., delivered the opinion of the court.

There seems to be some difference in the authorities as to the right of a tax collector to purchase at his own sale land sold for taxes. We deem it to be the better opinion to deny such right. We see no reason why the ordinary rule, which condemns a sale when the purchaser is the person who makes the sale, should not apply to a sale made by a tax collector. The duty of a seller is inconsistent with the interest of a purchaser. As seller, it is the duty of the tax collector to get the highest possible price for the land he offers for sale; and, as a purchaser, it is his interest to secure it at the lowest price he can. When there is this conflict between duty and interest, the temptation is great to subordinate the former to the latter. It is the duty of a tax collector to give proper notice, and to collect the taxes, by a distress and sale of the personalty of the owner, before he proceeds to sell land for taxes; and when he makes a sale, it is his duty to realize the taxes by a sale of as little of the land as practicable. To allow him to bid at the sale would place him under a temptation to violate these duties. Besides, persons charged with the administration of the fiscal affairs of the people must be content with the gains provided for in the fees and salaries allowed by law, and should not be permitted to augment them by speculations in the funds or property which come under their official control. The decree of the Chancellor is in accordance with these views, and is, therefore,

*Affirmed.*